David L. HOWARD, Plaintiff—
Appellant

La Feria A. Howard; Lynda S. Howard; David Howard, Jr.; Tatsuo R. Howard; Youko M. Howard; Precious T. Howard; Princess M. Howard, Appellants

v.

MichaeL J. ASTRUE, Commissioner of Social Security, Defendant— Appellee.

No. 07–51053
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 6, 2008.

David Lee Howard, Jourdanton, TX, pro se.

La Feria A. Howard, Jourdanton, TX, pro se.

Lynda S. Howard, Jourdanton, TX, pro se.

David Howard, Jr., Jourdanton, TX, pro se.

Tatsuo R. Howard, Jourdanton, TX, pro se.

Youko M. Howard, Jourdanton, TX, pro se.

Precious T. Howard, Jourdanton, TX, pro se.

Princess M. Howard, Jourdanton, TX, pro se.

Gary Layton Anderson, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellee.

Before REAVLEY, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The only legal question before this court, and the only question over which we have jurisdiction, is the legal correctness of the district court's judgment entered on August 1, 2007. That presents the question of whether substantial evidence supports the Commissioner's decision and computation of Mr. Howard's Social Security benefits. This court agrees with the district court and affirms that judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.